United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-4184

_____

In re:  Jones Truck Lines, Inc.,          *
                                          *
          Debtor-In-Possession,           *
                                          *
----------------------                    *
                                          *
Jones Truck Lines, Inc.,                  *
                                          *   Appeal from the United States
          Plaintiff - Appellant,          *   District Court for the
                                          *   Western District of Arkansas.
     v.                                   *
                                          *   [UNPUBLISHED]
Target Stores, A Division of Dayton       *
Hudson Corporation,                       *
                                          *
          Defendant - Appellee.           *

_____

Submitted: December 5, 1997
Filed: December 19, 1997

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Jones Truck Lines, Inc., the debtor, appeals the district court's[1] affirmance of the bankruptcy court's[2] decision allowing Target Stores to set off its debt to Jones. After reviewing the parties' submissions, we conclude the bankruptcy court's analysis was correct. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas.

[2]The Honorable James G. Mixon, Chief Judge, United States Bankruptcy Court for the Western District of Arkansas.